JACOB FELDMAN, Appellant, v. SAM HIMMELSTEIN, Respondent.— Order dismissing the complaint for insufficiency reversed on the law, with ten dollars costs and disbursements, and defendant's motion to dismiss the complaint denied, with ten dollars costs, with leave to defendant to answer within ten days from the entry of the order herein. Appeal from order denying motion for reargument dismissed. In our opinion, the complaint states facts sufficient to constitute a cause of action. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

FRANCIS J. FLORENCE, JR., Respondent, v. GLORIA EDNA FLORENCE, Appellant. — Order denying motion of defendant in an annulment action for counsel fees affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

THOMAS FOLEY, as Administrator, etc., of ELLEN FOLEY, Deceased, Appellant, v. LONG ISLAND RAILROAD COMPANY, Respondent.— Order modified so as to permit the examination of defendant as to the weight, speed, time, schedule, operating rules and regulations and time table of the locomotive and train on February 21, 1933, up to and including the time of the accident in question; also all relevant and competent facts and circumstances relating to the accident in which plaintiff's intestate received the injuries which caused her death, as described in the complaint; also all relevant and competent facts and circumstances concerning the manner of operation and the movement of said locomotive and train of the defendant on February 21, 1933, for a period immediately before the accident and up to and including a time immediately after the accident in question, and, as so modified, affirmed, with ten dollars costs and disbursements to the appellant; the examination to proceed on five days' notice. In our opinion, the plaintiff was entitled to an examination of the defendant upon these subjects. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

WILLIAM B. GINSBERG, Respondent, v. LAWRENCE J. SAMUELS, Appellant.— Order adjudging defendant in contempt of court reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the defendant's store at 1408 Avenue J is within the area excepted from the negative covenant and its operation is not in violation of the injunction order *pendente lite*. Furthermore, plaintiff acquiesced in the opening of the store at that place. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur. (See *ante*, p. 777.)

LOUIS GROSS, Respondent, v. WILLIAM FRANCIS HONAN, Appellant.— Order granting plaintiff's motion for the examination of defendant for the purpose of enabling plaintiff to frame a complaint modified by eliminating the item numbered 2, and as so modified affirmed, with ten dollars costs and disbursements to appellant; examination to proceed on five days' notice. The plaintiff's time to serve his complaint is extended until fifteen days after the completion of the examination. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.